379 A.2d 611

Commonwealth v. Sutton, Appellant.

Submitted December 22, 1976. Earle Walker, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Ronald B. Savage, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.